## ORDER

PER CURIAM.

Director of Revenue appeals from the circuit court's grant of a hardship license to a driver whose license had been suspended. We affirm, per Rule 84.16(b). No error of law appears. An opinion would have no precedential value. The parties have been furnished with a memorandum for their information only.

■

**Charles SCHULTZ, Appellant,**

v.

**UNIT DISTRIBUTION OF MISSOURI, Respondent.**

**No. 62770.**

Missouri Court of Appeals, Eastern District, Division One.

June 15, 1993.

Thomas J. Gregory, St. Louis, for appellant.

Loretta Simon, Marylou Calzaretta, St. Louis, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Employee appeals the final award of the Labor and Industrial Relations Commission (Commission) denying his workers' compensation claim. We find sufficient competent evidence to warrant the Commission's denial and affirm. § 287.495, RSMo Supp.1992.

We also determine an opinion in this matter would have no precedential value. Rule

■

**Donald Michael DAVENPORT, Respondent,**

v.

**DIRECTOR OF REVENUE, State of Missouri, Appellant.**

**No. 62947.**

Missouri Court of Appeals, Eastern District, Division One.

June 15, 1993.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Missouri Dept. of Rev., Jefferson City, for appellant.

Sandra L. Craig, St. Louis, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.